**William J. STUDER v. UNITED STATES of America.**

No. 1654.

Circuit Court of Appeals, Tenth Circuit.

Jan. 5, 1938.

A. E. Williams, of Tulsa, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, at appellant's costs, for failure to prosecute, on motion of appellee.

■

**The TEXAS COMPANY v. GREAT LAKES DREDGE & DOCK COMPANY.**

No. 6441.

Circuit Court of Appeals, Seventh Circuit.

Nov. 5, 1937.

Robert Branand, Jr., of Chicago, Ill., for appellant.

Robert J. Folonie, of Chicago, Ill., for appellee.

Before EVANS, SPARKS, and MAJOR, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to docket and dismiss this appeal, which said stipulation is in the words and figures following, to wit: "It is hereby stipulated and agreed by and between the parties to this cause, by their respective proctors, that the appeal herein be docketed and dismissed with costs."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed with costs, pursuant to the foregoing stipulation.

■

**Marion. Fagan TOMS, as Executrix, etc., Appellant, v. RICHFIELD OIL COMPANY OF CALIFORNIA et al., Appellees.**

No. 8602.

Circuit Court of Appeals, Ninth Circuit.

Dec. 6, 1937.

Macdonald, Schultheis & Pettitt, of Los Angeles, Cal., for appellant.

H. L. Dunnigan, of Los Angeles, Cal., for appellee Richfield Oil Co. of California.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant, and of oral presentation thereof by counsel, ordered motion granted, that a decree be filed and entered accordingly, and mandate of this court herein issue forthwith.